**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TANGELA Y. MOORE,

      Plaintiff,

                          CASE NO. 06-11260
v.                      HON. LAWRENCE P. ZATKOFF
                          MAGISTRATE JUDGE VIRGINIA M. MORGAN

JO ANNE B. BARNHART
COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.
_____/

**OPINION AND ORDER**

      Plaintiff filed the instant case seeking a reversal of the Commissioner's denial of Social Security disability insurance benefits. This matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation of September 21, 2006, in which the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be GRANTED and Defendant's Motion for Summary Judgment be DENIED. Neither party has responded to the Report and Recommendation.

      After a thorough review of the transcript, the respective parties' motions, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court.

      Accordingly, Plaintiff's Motion for Summary Judgment is GRANTED and Defendant's Motion for Summary Judgment is DENIED.

The case is REMANDED to the Commissioner for further proceedings consistent with this Order and Magistrate Judge Morgan's Report and Recommendation.

IT IS SO ORDERED.

                                        s/Lawrence P. Zatkoff
                                        LAWRENCE P. ZATKOFF
                                        UNITED STATES DISTRICT JUDGE

Dated: November 15, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on November 15, 2006.

                                        s/Marie E. Verlinde
                                        Case Manager
                                        (810) 984-3290